IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH W. KOLESINSKI and LILLIAN, KOLESINSKI, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 02-3775 |
| | : | |
| LARRY AUBREY HALL, AUSTIN EXPRESS, INC., JAY ANGSTADT, JOHN DOES 1-5 (fictitious names) and ABC COMPANIES 1-5 (fictitious names), | : | |
| Defendants. | : | |

## AMENDED SCHEDULING ORDER

AND NOW, this     day of October, 2002, following a Rule 16 conference with the parties, it is hereby ORDERED that the case shall proceed on the following schedule:

1. The parties reported that all documents subject to self-executing disclosure will be sent to opposing counsel by the end of this week, Friday, October 4, 2002. All remaining factual discovery shall be completed by Tuesday, April 1, 2003.

2. Plaintiffs shall identify and submit all expert witness reports and medical information by Monday, March 3, 2003. Defendants shall identify and submit all expert witness reports and medical information by Tuesday, April 1, 2003.

3. As of Tuesday, April 1, 2003, this matter shall be referred to the Honorable Diane M. Welsh, United States Magistrate Judge, for a settlement conference. The parties may at any time request an earlier settlement conference date.

4. The parties shall file all dispositive motions by Thursday, May 1, 2003. All responses to such dispositive motions shall be filed by Monday, June 2, 2003.

BY THE COURT:

Legrome D. Davis, Judge