IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOSEPH W. KOLESINSKI<br>LILLIAN W. KOLESINSKI, H/W | : | CIVIL ACTION |
| v. | : | |
|  | : | No. 02-3775 |
| LARRY AUBREY HALL, AUSTIN EXPRESS,<br>INC., JAY ANGSTADT | : | |
|  | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on January 14, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                                                                                  Michael E. Kunz
                                                                                                  Clerk of Court

                                                                                                  By:_____
                                                                                                  Crystal Wardlaw
                                                                                                  Deputy Clerk
                                                                                                  Phone:267-299-7073

Date: October 25, 2002

Copies:     Marcella ElShabazz, Courtroom Deputy to Judge Legrome D. Davis
               Docket Clerk - Case File

        Counsel:      Charles H. Nugent, Jr., Esq.
                          Lawrence L. Robinson, Esq.
                          William D. Longo, Esq.

ARB2.FRM