IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH W. KOLESINSKI | : | CIVIL ACTION |
|    Plaintiff, | : | |
|       v. | : | |
| | : | |
| | : | NO. 02-cv-3775 |
| LARRY AUBRY HALL, et, al. | | |
|    Defendants. | | |

**O R D E R**

AND NOW, this     day of January, 2003, at the request of the parties, **IT IS HEREBY ORDERED** that the Arbitration hearing set for Tuesday, January 14, 2003 has been continued.  The date and time of the new Arbitration hearing will be set by Crystal Wardlaw, Arbitration Clerk for the United States District Court for the Eastern District of Pennsylvania.

**BY THE COURT**:


Legrome D. Davis, Judge

civil-o.frm (9/97)

Case 2:02-cv-03775-LDD     Document 9     Filed 01/02/2003     Page 2 of 2