IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH W. KOLESINSKI : CIVIL ACTION
:
v. :
: No. 02-3775
:
LARRY AUBRY HALL, ET AL :
:

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on April 18, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from Jan. 14, 2003 per Judge's Order

By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date:January 24, 2003

Copies:    Marcella El-Shabazz, Courtroom Deputy to Judge Legrome D. Davis
           Docket Clerk - Case File

           Counsel:    Charles H. Nugent, Esq.
                       Lawrence L. Robinson, Esq.
                       William D. Longo, Esq.

ARB2.FRM