IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH W. KOLESINSKI | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | NO. 02-cv-3775 |
| LARRY AUBRY HALL, et, al. | | |
| Defendants. | | |

**O R D E R**

AND NOW, this      day of March, 2003, at the request of the parties, **IT IS HEREBY ORDERED** that the Arbitration hearing set for Friday, April 18, 2003 at 9:30 a.m. has been continued. The new date and time of the Arbitration hearing will be set by Crystal Wardlaw, Arbitration Clerk for the United States District Court for the Eastern District of Pennsylvania.

**BY THE COURT**:


Legrome D. Davis, Judge

civil-o.frm (9/97)