IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH W. KOLESINSKI | : CIVIL ACTION |
| v. | : |
| LARRY AUBRY HALL, ET AL | : No. 02-3775 |
| | : |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on May 19, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from April 18, 2003 per Judge's Order

By:_____
Crystal Wardlaw
Deputy Clerk
Phone: 267-299-7073

Date: April 3, 2003

Copies:    Marcella El-Shabazz, Courtroom Deputy to Judge Legrome D. Davis
Docket Clerk - Case File

    Counsel:    Charles H. Nugent, Esq.
Lawrence L. Robinson, Esq.
William D. Longo, Esq.

ARB2.FRM